LOU FOX, Respondent, v. ABE SCHRADER CORPORATION, Appellant.—

Concur — Nunez, J. P., Kupferman, McNally and Steuer, JJ.

GAIL POSTER, Respondent, v. JOHN POSTER, Appellant.—

Concur — McGivern, J. P., Markewich, Kupferman and Steuer, JJ.